```
                                                              1
                                                    FILED IN CLERK'S OFFICE
                                                       U.S.D.C. Atlanta
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA      OCT 18 2007
 2                      ATLANTA DIVISION
                                                    JAMES N. HATTEN, Clerk
 3   FABBRIZIO BORRONI, Derivatively    )           By:
     on behalf of Nominal Defendant     )                     Deputy Clerk
 4   CHECKFREE CORPORATION, and         )
     Individually and on Behalf of All  )
 5   Others Similarly Situated,         )
                                        )
 6         Plaintiff,                   )
                                        )
 7   -vs-                               ) Docket No. 1:07-CV-1382-TWT
                                        )
 8   PETER KIGHT, MARK JOHNSON,         ) October 4, 2007
     WILLIAM BOARDMAN, JAMES D. DIXON,  ) Atlanta, Georgia
 9   C. KIM GOODWIN, EUGENE F. QUINN,   )
     JEFFREY M. WILKINS and             )
10   DAVID MANGUM,                      )
                                        )
11         Defendants,                  )
                                        )
12            and                       )
                                        )
13   CHECKFREE CORPORATION, a Delaware  )
     corporation,                       )
14                                      )
           Nominal Defendant.           )
15

16              TRANSCRIPT OF THE PROCEEDINGS
           BEFORE THE HONORABLE THOMAS W. THRASH, JR.
17
     APPEARANCES OF COUNSEL:
18
     On behalf of the Plaintiff:    David J. Hungeling
19                                  J. Gerard Stanch, IV
                                    Denard Mickens
20
     On behalf of the Defendants:   John L. Latham
21                                  Scott P. Hilsen
                                    Brandon R. Williams
22
           Proceedings recorded by mechanical stenography
23           and computer-aided transcript produced by

24              SUSAN C. BAKER, RMR, CRR
            75 SPRING STREET, S.W., SUITE 2194
25                 ATLANTA, GA  30303
                     (404) 215-1558
```