UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **FABBRIZIO BORRONI,** | ) | Civil Action No.: 1:07-CV-1382 |
| | ) | |
| **Derivatively on behalf of Nominal Defendant CHECKFREE CORPORATION,** | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| **PETER KIGHT, MARK JOHNSON, WILLIAM BOARDMAN, JAMES D. DIXON C. KIM GOODWIN, EUGENE F. QUINN, JEFFREY M. WILKINS, and DAVID MANGUM,** | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CHECKFREE CORPORATION,** a Delaware corporation, | ) ) | |
| | ) | |
| Nominal Defendant | ) ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action. This dismissal is with prejudice with respect to the claims asserted by Fabbrizio Barroni only, no class having been certified in this case and the court not having ruled on whether Plaintiff may proceed in a derivative capacity on behalf of the corporation. Each party shall bear its own cost and attorney's fees.

Dated:   November 7, 2007

Respectfully submitted,

　　/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV, TN Bar No. 23045
**BRANSTETTER, STRANCH, & JENNINGS, PLLC**
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax:  (615) 250-3937


　　/s/Scott P. Hilsen
**ALSTON & BIRD, LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Phone:  (404) 881-7000
Fax:  (404) 881-7777


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed or served via ECF and/or first class mail on November 6, 2007, to the following counsel:

Scott P. Hilsen     shilsen@alston.com
John Allen Jordak , Jr    john.jordak@alston.com
John Ludlow Latham    jlatham@alston.com
Robert R. Long , IV    robert.long@alston.com
James G. Stranch , III    jgs@branstetterlaw.com
James G. Stranch , IV    gstranch@branstetterlaw.com,
Brandon R. Williams    brandon.williams@alston.com

　　/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV, TN Bar. No. 23045